FILED

07/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0096

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0096

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

                                          O R D E R

JOHN D RUNKLE,

     Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to John D Runkle, to all counsel of record and to the Honorable Matthew J. Cuffe, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 24 2024